# In the United States Court for the District of Nebraska

FILED
U.S. DISTRICT COURT
2026 OCT 30 AM 10:
OFFICE OF THE CLERK

Jeromy Oelker
1717 S. 56th St.
Omaha, Ne 68106

| | | |
|---|---|---|
| Jeromy Oelker (pro se), | ) | Case No. 8:26-cv-670 |
| Petitioner, | ) | Petition for Declaratory Relief, |
| | ) | 28 U.S.C. § 2201; |
| | ) | Injunctive Relief prayed for; |
| v. | ) | Wrongful Convictions unsupported |
| | ) | by Due Process, Douglas County |
| U.S. Government, | ) | Court is in Default of the |
| State of Nebraska, | ) | 14th Amendment still. |
| Douglas County Court, | ) | |
| Judge John E. Huber. | ) | Ref. Case: CR26 15060 |

This court has Federal Question jurisdiction un 28 U.S.C. 1331, 42 U.S.C. 1983, and 28 U.S.C. 2201. 42 U.S.C. 1983 is satisfied because the 14th amendment his being violated.

Declaratory Relief is prayed for because within Douglas County Court prosecution CR26 15060 the court deliberately failed to support the 6th amendment "Notice Clause", and the 5th amendment "Double Jeopardy" clauses. Furthermore, on 9/4/2026 Judge Huber violated my 1st Amendment right to be heard. During the arraignment, I should have been released on my own recognizance. Judge Huber held the hearing so hurriedly, I was not afforded the right to challenge the courts subject-matter jurisdiction and prove the previous conviction for "Failure to Appear" was void for want of probable cause, and that the fugitive warrant flowing from Idaho is also in want of "Due Process" and fraud. The previous conviction for "Failure to Appear" was procured in fraud because I was unlawfully committed in the Sarpy County Jail on 9/12/2025 when that bench warrant for arrest was ordered.

RECEIVED
OCT 3 0 2026
CLERK
U.S. DISTRICT COURT

Judge Huber also refused to accept my guilty plea, and sentence me. Instead the court held me three weeks mostly in "Solitary Confinement" and without my V.A. medications and eye glasses. And then on 9/24/2026 Judge Lohaus sentenced me to 7 days time served. Had Public Defender Shaina Looker been competent at law she would have had the charges dismissed for a defective complaint, fraud, and want of probable cause being the Body Cam videos prove the police report was a blatant lie. Also the alleged paraphernalia charge would have been vacated, being the search conducted was illegal under the 4th amendment "Fruit of the poisonous trees" doctrine set forth in *Silverthorne Lumber Co. v. United States*.

Even if this court attempts to conspire with the Omaha Police Dept. to have the police report redacted, the prosecution on 9/24/2026 read the police report before the court, in which it alleged the officer witnessed me yelling obscenities, and impeding traffic. Which is a complete fabrication, first of all I was listening to my music from my earphones and not talking to anyone, and secondly traffic was at a complete stop from stoplight to stoplight because parents were picking up their children from the school. I was skateboarding on the opposite side of the street, which had no lines painted on it. The body cams worn by the officers proves in favor of my testimony, and was corroborated by public defender Shaina Looker. Of course the police dept. is refusing to allow me the body cams, even though they are public records. Also Public Defender Shaina Looker is refusing to give me a copy of the body cams either.

As stated above the Douglas County court deliberately failed to support the 6th amendment "Notice Clause", and the 5th amendment "Double Jeopardy Clause." The U.S. Supreme Court has consistently held that under common law a criminal complaint must cite more than just the language of the statute. Within both of the criminal complaints filed with this petition for relief the court defaulted and did not support stare decisis set forth by the U.S. Supreme Court. "The Constitution, in its sixth amendment, strikes with nullity all such vague accusations as are embraced in this indictment.

It declares, repeating in this respect the doctrine of the common law, that, in all criminal prosecutions, the accused shall "be informed of the nature and cause of the accusation" against him; and this means that all the essential ingredients of the offense charged must be stated, embracing, with reasonable certainty, the particulars of time, place, and person or property. It is only by such information that the accused will be enabled to prepare his defense, and avail himself of his acquittal or conviction against any further prosecution for the same cause." This principle, says Bishop in his treatise, "that the indictment must contain an allegation of every fact which is legally essential to the punishment to be inflicted pervades the entire system of the adjudged law of criminal procedure. This doctrine is fully stated and illustrated in the *Cruikshank* case, both in the prevailing and dissenting opinion. 92 U. S. 558, 92 U. S. 568. Tested by it, the indictment here is but a string of words, presenting no specific offense, and therefore not justifying the issue of any process for the arrest and imprisonment of the petitioner."

Obviously since the previous misdemeanors afforded no due process, and Public Defender Shaina Looker was exhibiting incompetence at law and "Ineffective Assistance of Counsel" under the 6th amendment. The most appropriate option was to plead "No Contest" to case CR26 15060 and have the conviction set aside in the Federal Judiciary.

Declaratory and Injunctive relief Prayed for:

1) Declaratory Relief: Please set-aside the Obstructing an Officer conviction for want of Due Process as outlined above.
2) Declaratory Relief: Please order the Omaha Police Dept. to return my skateboard to the mailing address listed above. On 9/24/2026 the jail stated the police never provided it to the jail when I was arrested.
3) Declaratory Relief: Order the jail to provide this court with a copy of my Property Inventory. The jail refuse to provide me with any copies of grievances and my medical records also.

4) Injunctive Relief: Order the State of Nebraska to legislate a process for citizens, litigants, and criminal defendants to receive copies of body cams subject to convictions and incidents. (Evidence Tampering and Spoilation issue).

5) Injunctive Relief: Order the Public Defenders of Nebraska Counties to provide all criminal defendants with Body Cams subject to their convictions and prosecutions.

6) Injunctive Relief: Order the State of Nebraska to legislate a rule, statute, and procedure for inmates and the public to request records from the jails.

7) Injunctive Relief: Order the State of Nebraska to expound on **N.R.S. § 25-2305**: Free Appeals Records paid for by the county. The jails and police dept's are refusing to honor this statute even when a civil litigant presents them with an approved I.F.P. order from the federal court.

8) Injunctive Relief: Order the State of Nebraska to expound on **N.R.S. § 25-2306**: Free transcripts for I.F.P. litigants. Both the Sarpy County and Douglas County clerk's offices defer this request to the Public Defenders, in which neither comply, even when presented an approved I.F.P. order.

9) Injunctive Relief: Order the State of Nebraska to legislate a statute which affords indigent civil litigants a fee waiver form for requesting the above-mentioned appeal records, including that the Law Enforcement agencies also provide this form as well. And make sure the statute is transparent and does not necessarily require an approved I.F.P. order, or an allegation that an appeal is being pursued. Bottom-line the indigent, oppressed, wrongfully convicted, exonerated, and destitute have a right to all these records free of cost "Sua Sponte."

10) Injunctive Relief: Order that all 50 state legislatures create the same statutes, and that those statutes have the very same intent and purpose as mentioned above. The furture harm is that both tribunals from Nevada and Idaho usurp and omit these "Equal Protections" intentionally.

11) Injunctive Relief: Order the A.G. of each state to reply to this case with any statute that complies, so that the statute can be analyzed for defects, or lack of Due Process and Equal Protection under the 14th Amendment.

I declare the foregoing to be true and correct on this 26th day of 2026.

Jeromy Oelker (pro se)



1775

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

JEROMY OELKER

**(b)** County of Residence of First Listed Plaintiff: DOUGLAS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

NON-DOMICILE

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

PRO SE

## DEFENDANTS

STATE OF NEBRASKA
ET AL

County of Residence of First Listed Defendant: UNKNOWN
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

A.G. NEBRASKA

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [X] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 U.SC. 2201, 2281

Brief description of cause: STATE USURPING 14th AMENDMENT (LACK OF SUPERVISING)

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. 42 USC 1983

DEMAND $ 5 MILLION

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

RECEIVED
OCT 30 2026
CLERK
U.S. DISTRICT COURT

DATE: 10/27/2026

SIGNATURE OF ATTORNEY OF RECORD: Jeromy Oelker

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

JEROMY OELKER
Printed Name
( N/A ) ( N/A )
Data # Module #
~~Douglas County~~
~~DEPARTMENT OF CORRECTIONS~~
~~710 SOUTH 17TH STREET~~
~~OMAHA, NEBRASKA 68102~~
1717 S. 56th St
OMAHA NE 68106

RECEIVED
OCT 30 2026
CLERK
U.S. DISTRICT COURT







U.S. DISTRICT COURT
111 S. 18th PLAZA SUITE 1152
OMAHA, NE. 68102

OCT 27 2026

68102813322 C016